```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 25363
   MICHAEL GRANT MAXEY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0723


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/07/2004 and was confirmed 08/30/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   46.54%.

     The case was paid in full 03/11/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------
AMERICAN EXPRESS TRAVEL   UNSECURED           9785.91          .00         4554.29
AMERICAN EXPRESS TRAVEL   UNSECURED           9829.13          .00         4574.40
ROUNDUP FUNDING LLC       UNSECURED          18257.78          .00         8497.03
ECAST SETTLEMENT CORP     UNSECURED           1177.67          .00          548.08
CAPITAL ONE BANK          UNSECURED OTH        302.17          .00          140.45
SHERMAN ACQUISITION       UNSECURED            367.02          .00          170.81
SHERMAN ACQUISITION       UNSECURED           1210.33          .00          563.28
SHERMAN ACQUISITION       UNSECURED           8263.13          .00         3845.60
CITIMORTGAGE INC          UNSECURED           2978.39          .00         1386.20
ECAST SETTLEMENT CORP     UNSECURED           9073.11          .00         4222.56
ECAST SETTLEMENT CORP     UNSECURED           6901.44          .00         3211.88
SAMS CLUB                 UNSECURED         NOT FILED          .00              .00
PETER FRANCIS GERACI      DEBTOR ATTY        2,700.00                     2,700.00
TOM VAUGHN                TRUSTEE                                         2,017.42
DEBTOR REFUND             REFUND                                              2.97

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 36,434.97

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                       31,714.58
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                             2,017.42
DEBTOR REFUND                                        2.97
                        ---------------        ---------------
TOTALS                   36,434.97               36,434.97


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 25363 MICHAEL GRANT MAXEY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 06/26/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |